CORNELIUS J. EARLEY, Appellant, *v.* CATHERINE WHITNEY, as
Executrix of DAVID L. WHITNEY, Respondent, Impleaded
with Another.

*Earley* v. *Whitney,* 74 App. Div. 630, affirmed.
(Submitted January 13, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
18, 1903, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court on trial at
Special Term.

*Cornelius J. Earley* and *Thomas J. O'Neill* for appellant.

*Morris H. Beall* and *Francis V. S. Oliver* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, VANN and WERNER, JJ.

---

CATHERINE COFFEY, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Coffey* v. *N. Y. C. & H. R. R. R. Co.,* 87 App. Div. 613, affirmed.
(Submitted January 13, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 27, 1903, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Charles F. Brown* for appellant.

*John Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN and WERNER, JJ. Not sitting: GRAY, J.